# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SOUTHPORT MARINA
DEVELOPMENT COMPANY LLC,

                    Plaintiff,

v.

MOTOR VESSEL FAROS, *in rem*,

                    Defendant.

Case No. 17-CV-299-JPS

**ORDER**

On February 22, 2018, the plaintiff filed a motion to dismiss this action without prejudice. (Docket #5). The Court will grant the motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's motion to dismiss (Docket #5) be and the same is hereby **GRANTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 23rd day of February, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge